**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JENAE KEITH, | ) | CASE NO. 4:21-cv-00790 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| OMNI MANOR, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**JOINT NOTICE OF SETTLEMENT**

Now comes Plaintiff, Jenae Keith, and Defendants, Omni Manor, Inc., Windsor House, Inc., and Patricia Ahlswede, by and through counsel, jointly to provide notice that this matter has been resolved. The parties request twenty-one (21) days in order to permit the parties to file a stipulated dismissal with prejudice. This joint motion is sought in good faith and not for purposes of delay.

Respectfully submitted,

| | |
|---|---|
| */s/ John Gerak* | */s/Angela Rodriguez* |
| John Gerak (0075431) | Brian D. Spitz (0068816) |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | Angela Rodriguez (0074432) |
| | THE SPITZ LAW FIRM, LLC |
| 127 Public Square, Suite 4100 | 25200 Chagrin Boulevard, Suite 200 |
| Cleveland, Ohio 44114 | Beachwood, Ohio 44122 |
| Telephone: 216.241.6100 | Phone: 216.291.4744 |
| Facsimile: 216.357.4733 | Fax: 216.291.5744 |
| Email:john.gerak@ogletree.com | Email: brian.spitz@spitzlawfirm.com |
| | angela.rodriguez@spitzlawfirm.com |
| *Attorney for Defendants* | *Attorneys for Plaintiff* |