PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JENAE KEITH, | ) | |
| | ) | CASE NO. 4:21CV790 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| OMNI MANOR, INC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

On May 7, 2021, the Court was notified by counsel that the parties have reached a settlement. ECF No. 4. Therefore, the docket shall be marked "settled and dismissed without prejudice." On or before May 28, 2021, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this order.

IT IS SO ORDERED.

 May 7, 2021   */s/ Benita Y. Pearson*
Date  Benita Y. Pearson
  United States District Judge